# Third District Court of Appeal
## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D24-1868
Lower Tribunal No. 18-22461-CA-01

————————

## Universal Property & Casualty Insurance Company,
Appellant,

vs.

## Mauricio Palma,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Link & Rockenbach, PA, and Kara Rockenbach Link, and David A. Noel (West Palm Beach), for appellant.

Kula & Associates, P.A., and William D. Mueller, and Elliot B. Kula, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.